PEOPLE'S BANK *v.* SEVERINA PANDORA ET AL.

The petition of the defendants Severina Pandora and Richard Pandora for certification for appeal from the Appellate Court, 32 Conn. App. 910 (AC 11989), is denied.

*Laurence V. Parnoff,* in support of the petition.

*Thomas V. Battaglia, Jr.,* in opposition.

Decided December 22, 1993

STATE OF CONNECTICUT *v.* GREGORY DELOS SANTOS

The defendant's petition for certification for appeal from the Appellate Court, 32 Conn. App. 910 (AC 12027), is denied.

*Michael R. Hasse,* special public defender, in support of the petition.

Decided December 22, 1993

BARBARA BLANCATO ET AL. *v.* SEBASTIAN RANDINO

The plaintiffs' petition for certification for appeal from the Appellate Court, 33 Conn. App. 44 (AC 11398), is denied.

*Wesley W. Horton,* in support of the petition.

*Karen P. Blado,* in opposition.

Decided December 22, 1993

PETER S. NIEDZWIECKI *v.* POLICE DEPARTMENT OF THE CITY OF BRIDGEPORT

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*Peter S. Niedzwiecki,* pro se, in support of the petition.

Decided January 7, 1994